# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FREDERICK RIDEOUT GRAY, JR., | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-17-0137-F |
| GEO GROUP INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Gray, a state prisoner appearing *pro se*, brings this action pursuant to 42 U.S.C. § 1983, suing numerous prison officials. Currently before the court is plaintiff's motion for leave to file a Second Amended Complaint. Doc. no. 142. On November 12, 2019, Magistrate Judge Bernard M. Jones submitted a Report and Recommendation. Doc. no. 143 (the Report). The Report recommends the court deny plaintiff's motion in part and grant it in part. Specifically, the Report recommends denying the motion to amend with respect to re-naming the already dismissed Defendant Honaker and with respect to adding LCF Officers Jamison and Lee as defendants; the Report recommends granting the motion in its other respects.

The Report advised that any objection to the recommended rulings must be filed by December 3, 2019, and that failure to object waives the right to appellate review of the factual and legal issues addressed in the Report. No objection was filed.

With there being no objection to the Report, and having reviewed the matters covered in the Report, the court concurs in the recommended rulings. Given the detailed analysis set out in the Report, there is no need for further discussion of the issues here.

The Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Doc. no. 143. As recommended in the Report, plaintiff's motion for leave to file a Second Amended Complaint is **DENIED IN PART** and **GRANTED IN PART**, as follows. Doc. no. 142. The court **DENIES** Plaintiff's motion insofar as it seeks leave to amend the amended complaint to re-name the already dismissed Defendant Honaker and to add LCF Officers Jamison and Lee as defendants. Otherwise, Plaintiff's motion to amend is **GRANTED**. This action remains referred to the magistrate judge.

IT IS SO ORDERED this 18th day of December, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0137p011.docx